Carolyn D. Phillips   #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Shirley Davidson

**IN THE UNITED STATES DISTRICT COURT IN AND FOR**

**THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:12-cr-00168 AWI/DLB |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING, AND ORDER THEREON |
| | ) | |
| v. | ) | |
| | ) | New Date:  August 27, 2012 |
| SHIRLEY DAVIDSON, et al., | ) | Time:  1 p.m. |
| | ) | Crtrm: 9 Hon. D. L. Beck |
| Defendants. | ) | |
| ───────────────────────────── | ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for July 23, 2012 at 1:00 p.m., may be continued to **August 27, 2012, 1:00 p.m.**

    Counsel for defendant Shirley Davidson desires additional time to consult with her client, to review investigation

*Stipulation to Continue Status Conference Hearing, and Order Thereon;*
 U. S. v. Shirley Davidson, et al., Case No. 1:12-cr-00168 AWI/DLB                    1

materials and to enable defendant Shirley Davidson to obtain transportation to Fresno so she may be present for the hearing.

For purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq., within which trial must commence, the time period of July 23, 2012 to August 27, 2012, inclusive, is deemed excludable because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

So stipulated.

Dated: July 20, 2012        /s/ Carolyn D. Phillips
                            CAROLYN D. PHILLIPS
                            Attorney for Shirley Davidson

Dated: July 20, 2012        /s/ James Homola
                            JAMES HOMOLA
                            Attorney for James Davidson

Dated: July 20, 2012        BENJAMIN B. WAGNER
                            United States Attorney

                     By:    /s/Grant B. Rabenn
                            GRANT B. RABENN
                            Attorneys for the United States.

*Stipulation to Continue Status Conference Hearing, and Order Thereon;*
*U. S. v. Shirley Davidson, et al., Case No. 1:12-cr-00168 AWI/DLB*

2

**ORDER**

IT IS SO ORDERED.

Dated:  **July 20, 2012**          /s/
*Dennis L. Beck*

UNITED STATES MAGISTRATE JUDGE

*Stipulation to Continue Status Conference Hearing, and Order Thereon;*
*U. S. v. Shirley Davidson, et al., Case No. 1:12-cr-00168 AWI/DLB*

3