BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SHIRLEY KAY DAVIDSON and<br>JAMES GIULIO DAVIDSON,<br>　　　　　　　　Defendant. | CASE NO.  1:12-CR-00168 AWI-BAM<br><br>STIPULATION AND ORDER TO VACATE AND SCHEDULE TRIAL DATE, TO VACATE AND CONTINUE TRIAL CONFIRMATION HEARING, AND TO CONTINUE STATUS CONFERENCE FROM MARCH 25, 2013 TO JULY 22, 2013. |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsels, Grant B. Rabenn, counsel for the United States, and Carolyn D. Phillips, counsel for the defendant Shirley Kay Davidson, and James R. Homola, counsel for the defendant James Giulio Davidson, that the trial in the above-captioned matter now set for May 29, 2013 shall be vacated and rescheduled for December 10, 2013.

**FURTHER, IT IS HEREBY STIPULATED** that the trial confirmation hearing presently scheduled for May 6, 2013 will be vacated and rescheduled to December 2, 2013.

**FURTHER, IT IS HEREBY STIPULATED** that the status conference presently scheduled for March 25, 2013 will be vacated and rescheduled to July 22, 2013 at 1:00 p.m.

**FURTHER, IT IS HEREBY STIPULATED** by the above parties that time shall be excluded from the status conference date of May 25, 2013 through the new status conference date of July 22, 2013 based on the need for defense counsel to consult with the defendants, review current charges, conduct

investigation, review discovery and otherwise prepare for trial.  Accordingly, the above parties stipulate that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act, Title 18, United States Code, Section 3161, et. seq.

Dated:  March 21, 2013  
BENJAMIN B. WAGNER  
United States Attorney

/s/ Grant B. Rabenn  
GRANT B. RABENN  
Assistant United States Attorney

/s/ Carolyn D. Phillips  
CAROLYN D. PHILLIPS  
Attorney for Defendant Shirley Davidson

/s/ James R. Homola  
JAMES R. HOMOLA  
Attorney for Defendant James Davidson

### ORDER

**IT IS HEREBY ORDERED** that the trial in the above-captioned matter now set for May 29, 2013, shall be vacated and rescheduled for December 10, 2013.

**FURTHER, IT IS HEREBY ORDERED** that the trial confirmation hearing presently scheduled for May 6, 2013 will be vacated and rescheduled to December 2, 2013.

**FURTHER, IT IS HEREBY STIPULATED** that the status conference presently scheduled for March 25, 2013 will be vacated and rescheduled to July 22, 2013 at 1:00 p.m.

**FURTHER, IT IS HEREBY ORDERED** that time shall be excluded from the status conference date of March 25, 2013 through the new status conference date of July 22, 2013 based on the need for defense counsel to consult with the defendant, review current charges, conduct investigation, review discovery and otherwise prepare for trial, and thus the ends of justice served by continuing the case outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, Title 18, United States Code, Section 3161, et. seq.

1  IT IS SO ORDERED.

2  Dated:   March 22, 2013                          _____
                                                     SENIOR  DISTRICT  JUDGE