Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Shirley Davidson

# IN THE UNITED STATES DISTRICT COURT IN AND FOR

# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Case No. 1:12-cr-00168-AWI-BAM |
| ) | |
| Plaintiff,         ) | STIPULATED PROTECTIVE ORDER |
| v.                                         ) | REGARDING DEFENDANT SHIRLEY |
| ) | DAVIDSON'S MOTION FOR §4241 |
| SHIRLEY DAVIDSON,         ) | COMPETENCY DETERMINATION; |
| ) | ORDER |
| Defendant.         ) | |
| _____) | |

The parties by and through their respective counsel, hereby stipulate to the following protective order regarding the confidential contents of defendant Shirley Davidson's Notice of Motion And Motion For A Hearing To Determine Defendant Shirley Davidson's Competency To Stand Trial, and the attached Exhibits 1-5.

1)     Access to Davidson's Notice of Motion And Motion For A Hearing To Determine Defendant Shirley Davidson's Competency To Stand Trial, and the attached Exhibits 1-5, shall be limited to:

a) the Court and its staff,

b) counsel of record, their legal assistants and consultants; and,

c) any psychologists, psychiatrists, or other health care professionals appointed by the Court or retained by counsel for expert consultation or testimony in the course of the judicial hearings on defendant Shirley Davidson's motion for a competency determination pursuant to 18 U.S.C. §4241, *et seq*.

2) The parties are prohibited from using or disclosing the contents of Davidson's Notice of Motion And Motion For A Hearing To Determine Defendant Shirley Davidson's Competency To Stand Trial, and the attached Exhibits 1-5, for any purpose other than the 18 U.S.C. §4241, *et seq.*, proceedings for which the information was disclosed.

3) Counsel and their legal assistants and, consultants shall not make copies of the confidential material except as necessary for purposes of this litigation.

4) Each person to whom disclosure of the confidential material is made shall prior to the time of disclosure be provided by the person furnishing such materials a copy of this stipulation and protective order, and shall agree in writing that he or she has read the stipulation, and protective order, and understands its provisions and conditions.  The writing shall include the express consent of the person to whom the disclosure is made to be subject to the jurisdiction of this Court with respect to any proceeding related to enforcement of this stipulated protective order including without limitation any proceeding for contempt.

5) During the course of these proceedings, confidential and/or privileged material filed with the Court by any party shall be filed and maintained under seal.

**IT IS SO STIPULATED:**

Dated: August 13, 2013

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Grant B. Rabenn
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: August 13, 2013

/s/ Carolyn D. Phillips

CAROLYN D. PHILLIPS
Attorney for Defendant
SHIRLEY KAY DAVIDSON

Dated: August 13, 2013

/s/ James R. Homola

JAMES R. HOMOLA
Attorney for Defendant
JAMES G. DAVIDSON

IT IS SO ORDERED.

Dated:  **August 15, 2013**     **/s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE