Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Shirley Davidson

IN THE UNITED STATES DISTRICT COURT IN AND FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:12-cr-00168 AWI-BAM |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING, AND ORDER THEREON |
| ) | |
| v. ) | |
| ) | New Date:  September 16, 2013 |
| SHIRLEY DAVIDSON, et al., ) | Time:  10:00 a.m. |
| ) | Crtrm: Hon. Anthony W. Ishii |
| Defendants. ) | |
| ———————————————— ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for September 9, 2013 at 1:00 p.m., may be continued to **September 16 at 10:00 a.m.**

Defendant Shirley Davidson has filed a motion under 18 U.S.C. §4241 for a competency determination.  Hearing on that motion has been calendared for September 16, 2013 at 10:00 a.m.  In an effort to conserve judicial and attorney resources the parties have agreed to move the status conference to occur on the same day as the §4241

1

hearing.

Counsel for defendant Shirley Davidson will use this time for case preparation, further consultation with Ms. Davidson and to review investigation materials.

For purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, *et seq.*, within which trial must commence, the time period of September 9, 2013 to September 16, 2013, inclusive, is deemed excludable because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

So stipulated.


Dated:  August 14, 2013          /s/ Carolyn D. Phillips
                                 CAROLYN D. PHILLIPS
                                 Attorney for Shirley Davidson

Dated: August 14, 2013           /s/ James Homola
                                 JAMES HOMOLA
                                 Attorney for James Davidson


Dated:  August 14, 2013          BENJAMIN B. WAGNER
                                 United States Attorney


                          By:    /s/Grant B. Rabenn
                                 GRANT B. RABENN
                                 Attorneys for the United States.

2

**ORDER**

IT IS SO ORDERED that the Status Conference on September 9, 2013 at 1:00 p.m., before Judge McAuliffe is continued to Judge Ishii's calendar of **September 16 at 10:00 a.m. for Motion hearing** and time is excluded for the reasons stated above.

IT IS SO ORDERED.

Dated: **August 15, 2013**  /s/

*Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE

3