Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Shirley Davidson

IN THE UNITED STATES DISTRICT COURT IN AND FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:12-cr-00168-AWI-BAM |
| ) | |
| Plaintiff, ) | ORDER AUTHORIZING |
| v. ) | THE FILING OF DOCUMENTS |
| ) | UNDER SEAL |
| SHIRLEY DAVIDSON, ) | |
| ) | (Local Rule 141) |
| Defendant. ) | |
| _____ ) | |

The Court has received the Notice of Request to Seal Documents and Request to Seal Documents of Defendant Shirley Davidson.  The documents captioned <u>Notice of Motion And Motion For A Hearing To Determine Defendant Shirley Davidson's Competency To Stand Trial</u>, and <u>Exhibits 1-5</u> to the motion, attached as Exhibit "A" to the Request to Seal Documents, are ordered sealed and shall be filed and maintained

Order Authorizing The Filing Of Documents Under Seal; *US v. Davidson*, Case No. 1:12-cr-00168 AWI/BAM
1

PDF created with pdfFactory trial version www.pdffactory.com

under seal pending further order of this Court of the order of any higher Court having jurisdiction over the matter. This sealing order shall be accompanied by the Stipulated Protective Order signed by all counsel in this case.

GOOD CAUSE APPEARING;

**IT IS SO ORDERED.**

Dated: August 15, 2013        /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE

Order Authorizing The Filing Of Documents Under Seal; *US v. Davidson*, Case No. 1:12-cr-00168 AWI/BAM
2

PDF created with pdfFactory trial version www.pdffactory.com