BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>      v.<br><br>SHIRLEY KAY DAVIDSON and<br>JAMES GIULIO DAVIDSON,<br>                          Defendant. | CASE NO. 1:12-CR-00168-AWI-BAM<br><br>STIPULATION AND ORDER TO CONTINUE TRIAL DATE, AND TO SCHEDULE TRIAL CONFIRMATION HEARING. |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys, Grant B. Rabenn, Assistant United States Attorney, and Carolyn D. Phillips, counsel for defendant Shirley Kay Davidson, and James R. Homola, counsel for defendant James Giulio Davidson, that the trial in the above-captioned matter now set for December 10, 2013 shall be vacated and rescheduled for June 17, 2014.  This stipulation is based, in part, on defendant Shirley Kay Davidson's filing of a motion for a competency hearing, which is currently scheduled to be heard on September 16, 2013 at 10:00 a.m.  It is expected that this motion will take several months to be resolved.  Further, counsel for both defendants are reviewing discovery and conducting investigation into the facts of this case.

///

///

///

Stipulation and Order for New Trial Date                    1

**FURTHER, IT IS HEREBY STIPULATED** that a trial confirmation hearing will be scheduled to be held on June 2, 2014 at 10:00 a.m.

Dated:  March 21, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Grant B. Rabenn
GRANT B. RABENN
Assistant United States Attorney

/s/ Carolyn D. Phillips
CAROLYN D. PHILLIPS
Attorney for Defendant Shirley Davidson

/s/ James R. Homola
JAMES R. HOMOLA
Attorney for Defendant James Davidson

**ORDER**

The Jury Trial date for the above-captioned matter currently scheduled for December 10, 2013 shall be vacated and rescheduled for June 17, 2014 at 8:30am.   A Trial Confirmation hearing will be scheduled to be held on June 2, 2014 at 10:00am.

IT IS SO ORDERED.

Dated:  August 26, 2013

SENIOR  DISTRICT  JUDGE

Stipulation and Order for New Trial Date

2