BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00168-AWI |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE |
| v. | |
| SHIRLEY KAY DAVIDSON, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Grant B. Rabenn, counsel for the United States, and Carolyn Phillips, counsel for the defendant Shirley Kay Davidson, that the Competency Hearing in the above-captioned matter now set for February 3, 2014 shall be vacated and rescheduled for March 3, 2014 to provide adequate time for the defense to review expert reports and prepare for the competency hearing.

///

///

///

///

///

///

Stipulation and Order RE: Competency Hearing          1

| | |
|---|---|
| Dated:  January 29, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ Grant B. Rabenn<br>GRANT B. RABENN<br>Assistant United States Attorney |
| | /s/ Carolyn Phillips<br>CAROLYN PHILLIPS<br>Attorney for Defendant |

## ORDER

**IT IS HEREBY ORDERED** that the competency hearing in the above-captioned matter now set for February 3, 2014, shall be vacated and rescheduled for **March 3, 2014 at 10:00 a.m. in Courtroom 2 before Judge Anthony W. Ishii**.

IT IS SO ORDERED.

Dated:  January 29, 2014                                    _____
                                                                                SENIOR  DISTRICT  JUDGE

Stipulation and Order RE: Competency Hearing                    2