Carolyn D. Phillips   #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Shirley Davidson

# IN THE UNITED STATES DISTRICT COURT IN AND FOR

# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:12-cr-00168 AWI |
| ) | |
| ) | STIPULATION AND |
| Plaintiff, ) | ORDER FOR CONTINUANCE |
| ) | |
| v. ) | |
| ) | New Date:  March 17, 2014 |
| SHIRLEY DAVIDSON, et al., ) | Time:  10:00 a.m. |
| ) | Crtrm: Hon. Anthony W. Ishii |
| Defendants. ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, Grant B. Rabenn, counsel for the United States, and Carolyn D. Phillips, counsel for defendant Shirley Davidson, that the Competency Hearing in the above-entitled matter now set for March 3, 2014, shall be vacated and rescheduled for March 17, 2014, to provide adequate time for the defense to review the expert report received February 20, 2014, and prepare for the competency hearing.

    So stipulated.

*Stipulation and Order Re:  Competency Hearing*
U. S. v. Shirley Davidson, et al., Case No. 1:12-cr-00168 AWI/BAM

1

Dated:  February 26, 2014       /s/ Carolyn D. Phillips
                                CAROLYN D. PHILLIPS
                                Attorney for Shirley Davidson

Dated:  February 26, 2014       BENJAMIN B. WAGNER
                                United States Attorney


                          By:   /s/Grant B. Rabenn
                                GRANT B. RABENN
                                Attorneys for the United States.


## ORDER

IT IS HEREBY ORDERED that the competency hearing in the above-captioned matter now set for March 3, 2014, shall be vacated and rescheduled for March 17, 2014 at 10:00 a.m. Time is excluded from the speedy trial act from March 3 to March 17, 2014.

IT IS SO ORDERED.

Dated:   February 26, 2014      _____
                                SENIOR  DISTRICT  JUDGE

*Stipulation and Order Re:  Competency Hearing*
U. S. v. Shirley Davidson, et al., Case No. 1:12-cr-00168 AWI/BAM

2