Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Shirley Davidson

**IN THE UNITED STATES DISTRICT COURT IN AND FOR**

**THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:12-cr-00168 AWI |
| | ) | |
| | ) | STIPULATION AND |
| Plaintiff, | ) | ORDER FOR CONTINUANCE |
| | ) | |
| v. | ) | |
| | ) | New Date:  March 31, 2014 |
| SHIRLEY DAVIDSON, et al., | ) | Time:  10:00 a.m. |
| | ) | Crtrm: Hon. Anthony W. Ishii |
| Defendants. | ) | |
| _____ | ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, Grant B. Rabenn, counsel for the United States, and Carolyn D. Phillips, counsel for defendant Shirley Davidson, that the Competency Hearing in the above-entitled matter now set for March 17, 2014, shall be vacated and rescheduled for March 31, 2014, to provide adequate time for the defense to review the expert report received February 20, 2014, and prepare for the competency hearing.

    So stipulated.

*Stipulation and Order Re:  Competency Hearing*
U. S. v. Shirley Davidson, et al., Case No. 1:12-cr-00168 AWI/BAM

1

Dated:  March 13, 2014         /s/ Carolyn D. Phillips
                               CAROLYN D. PHILLIPS
                               Attorney for Shirley Davidson

Dated:  March 13, 2014         BENJAMIN B. WAGNER
                               United States Attorney


                       By:     /s/Grant B. Rabenn
                               GRANT B. RABENN
                               Attorneys for the United States.


# ORDER

IT IS HEREBY ORDERED that the competency hearing in the above-captioned matter now set for March 17, 2014, shall be vacated and rescheduled for March 31, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   March 13, 2014                    _____
                                           SENIOR  DISTRICT  JUDGE

*Stipulation and Order Re:  Competency Hearing*
U. S. v. Shirley Davidson, et al., Case No. 1:12-cr-00168 AWI/BAM                    2