1  BENJAMIN B. WAGNER
   United States Attorney
2  GRANT B. RABENN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5
6  Attorneys for the
    United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                CASE NO. 1:12-CR-00168 AWI-BAM

12                Plaintiff,                STIPULATION AND ORDER TO VACATE
                                            TRIAL DATE
13         v.

14 SHIRLEY KAY DAVIDSON and
   JAMES GIULIO DAVIDSON,
15                Defendant.

16         **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

17 counsels, Grant B. Rabenn, counsel for the United States, and Carolyn D. Phillips, counsel for the

18 defendant Shirley Kay Davidson, and James R. Homola, counsel for the defendant James Giulio

19 Davidson, that the trial in the above-captioned matter now set for June 17, 2014 shall be vacated.

20         **FURTHER, IT IS HEREBY STIPULATED** that the trial confirmation hearing presently

21 scheduled for June 2, 2014 will be vacated.

22         **FURTHER, IT IS HEREBY STIPULATED** that the parties agree to appear for a status

23 conference on July 21, 2014 at 10:00 a.m.

24         **FURTHER, IT IS HEREBY STIPULATED** by the above parties that time shall be excluded

25 through the new status conference date of July 21, 2014 based on the need for defense counsel to consult

26 with the defendants, review current charges, conduct investigation, review discovery and otherwise

27 prepare for trial.  Accordingly, the above parties stipulate that the ends of justice served by continuing

28
   Stipulation and Order to Vacate Trial Date                1

the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act, Title 18, United States Code, Section 3161, et. seq.

Dated:  May 1, 2014                                          BENJAMIN B. WAGNER
                                                             United States Attorney

                                                             /s/ Grant B. Rabenn
                                                             GRANT B. RABENN
                                                             Assistant United States Attorney

                                                             /s/ Carolyn D. Phillips
                                                             CAROLYN D. PHILLIPS
                                                             Attorney for Defendant Shirley Davidson

                                                             /s/ James R. Homola
                                                             JAMES R. HOMOLA
                                                             Attorney for Defendant James Davidson

## ORDER

**IT IS HEREBY ORDERED** that the trial in the above-captioned matter now set for June 17, 2014 shall be vacated.

**IT IS FURTHER ORDERED** that the parties shall appear for a status conference on July 21, 2014 at 10:00 a.m.

**IT IS FURTHER ORDERED** that time shall be excluded through the new status conference date of July 21, 2014 based on the need for defense counsel to consult with the defendants, review current charges, conduct investigation, review discovery and otherwise prepare for trial, the Court finding that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act, Title 18, United States Code, Section 3161, et. seq.

IT IS SO ORDERED.

Dated:  May 6, 2014                                          _____
                                                             SENIOR  DISTRICT  JUDGE

Stipulation and Order to Vacate Trial Date                   2