Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Shirley Davidson

## IN THE UNITED STATES DISTRICT COURT IN AND FOR

## THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:12-cr-00168 AWI |
| ) | |
| ) | STIPULATION AND |
| Plaintiff, ) | ORDER FOR SETTING HEARING |
| ) | |
| v. ) | |
| ) | New Date:  May 16, 2014 |
| SHIRLEY DAVIDSON, et al., ) | Time:  1:30 p.m. |
| ) | Crtrm: Hon. Anthony W. Ishii |
| Defendants. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, Grant B. Rabenn, counsel for the United States, and Carolyn D. Phillips, counsel for defendant Shirley Davidson, that further hearing on Defendant Shirley Davidson's Competency Motion shall be heard May 16, 2014, 1:30 p.m.

So stipulated.

Dated:  May 6, 2014              /s/ Carolyn D. Phillips
                                 CAROLYN D. PHILLIPS
                                 Attorney for Shirley Davidson

*Stipulation and Order Re:  Competency Hearing*
U. S. v. Shirley Davidson, et al., Case No. 1:12-cr-00168 AWI/BAM                    1

Dated:  May 6, 2014  BENJAMIN B. WAGNER
United States Attorney

By:  /s/Grant B. Rabenn
GRANT B. RABENN
Attorneys for the United States.

**ORDER**

IT IS HEREBY ORDERED that the continued competency hearing in the above-captioned matter shall be set for May 16, 2016, 1:30 p.m.

IT IS SO ORDERED.

Dated:   May 7, 2014   _____
SENIOR  DISTRICT  JUDGE

*Stipulation and Order Re:  Competency Hearing*
U. S. v. Shirley Davidson, et al., Case No. 1:12-cr-00168 AWI/BAM

2