Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Shirley Davidson

# IN THE UNITED STATES DISTRICT COURT IN AND FOR

# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:12-cr-00168 AWI |
| ) | |
| ) | STIPULATION AND |
| Plaintiff, ) | ORDER FOR CONTINUANCE |
| ) | |
| v. ) | |
| ) | New Date: May 30, 2014 |
| SHIRLEY DAVIDSON, et al., ) | Time: 10:00 a.m. |
| ) | Crtrm: Hon. Anthony W. Ishii |
| Defendants. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, Grant B. Rabenn, counsel for the United States, and Carolyn D. Phillips, counsel for defendant Shirley Davidson, that the Competency Hearing in the above-entitled matter now set for May 16, 2014, shall be vacated and rescheduled for May 30, 2014, to provide adequate time for the defense to review the expert report received February 20, 2014, and prepare for the competency hearing.

So stipulated.

*Stipulation and Order Re:  Competency Hearing*
U. S. v. Shirley Davidson, et al., Case No. 1:12-cr-00168 AWI/BAM

1

Dated: May 15, 2014      /s/ Carolyn D. Phillips
                         CAROLYN D. PHILLIPS
                         Attorney for Shirley Davidson

Dated: May 15, 2014      BENJAMIN B. WAGNER
                         United States Attorney


                   By:   /s/Grant B. Rabenn
                         GRANT B. RABENN
                         Attorneys for the United States.


## ORDER

IT IS HEREBY ORDERED that the competency hearing in the above-captioned matter now set for May 16, 2014, shall be vacated and rescheduled for May 30, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  May 15, 2014                    _____
                                        SENIOR DISTRICT JUDGE

*Stipulation and Order Re: Competency Hearing*
U. S. v. Shirley Davidson, et al., Case No. 1:12-cr-00168 AWI/BAM

2