Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Shirley Davidson

**IN THE UNITED STATES DISTRICT COURT IN AND FOR**

**THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00168 AWI |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF COMPETENCY HEARING |
| v. | |
| SHIRLEY DAVIDSON, et al., | New Date:  June 16, 2014<br>Time:  1:30 p.m.<br>Crtrm: Hon. Anthony W. Ishii |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, Grant B. Rabenn, counsel for the United States, and Carolyn D. Phillips, counsel for defendant Shirley Davidson, that the Competency Hearing in the above-entitled matter now set for May 30, 2014, shall be vacated and rescheduled for June 16, 2014, at 1:30 p.m., for oral argument.

So stipulated.

*Stipulation and Order Re:  Competency Hearing*
U. S. v. Shirley Davidson, et al., Case No. 1:12-cr-00168 AWI/BAM

1

1  Dated: May 28, 2014            /s/ Carolyn D. Phillips
                                  CAROLYN D. PHILLIPS
2                                 Attorney for Shirley Davidson

3
   Dated: March 28, 2014          BENJAMIN B. WAGNER
4                                 United States Attorney

5
                            By:   /s/Grant B. Rabenn
6                                 GRANT B. RABENN
                                  Attorneys for the United States.

## ORDER

IT IS HEREBY ORDERED that the competency hearing in the above-captioned matter now set for May 30, 2014, shall be vacated and rescheduled for oral argument June 16, 2014 at 1:30 p.m.

IT IS SO ORDERED.

Dated:  May 28, 2014            _____
                                SENIOR DISTRICT JUDGE

*Stipulation and Order Re: Competency Hearing*
U. S. v. Shirley Davidson, et al., Case No. 1:12-cr-00168 AWI/BAM

2