1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Shirley Davidson

## IN THE UNITED STATES DISTRICT COURT IN AND FOR

## THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:12-cr-00168-AWI-BAM |
| | ) | |
| | ) | STIPULATION TO CONTINUE TRIAL |
| Plaintiff, | ) | TO MARCH 10, 2015 AND ORDER |
| | ) | THEREON |
| v. | ) | |
| | ) | New Date:  March 10, 2015 |
| SHIRLEY DAVIDSON, et al., | ) | Time:  8:30 a.m. |
| | ) | Hon. Anthony W. Ishii |
| Defendants. | ) | |
| —————————————————— | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through the respective attorneys of record herein, to reset the trial above captioned matter, from January 13, 2015 to **March 10, 2015, at 8:30 a.m.**

Counsel for defendant Shirley Davidson requires additional time for further investigation, and to consult with her client. Ms. Davidson's severely declining health and need for medical treatment has increasingly impeded communications between her

1

1
2    and counsel.   It is anticipated that medical treatment and/or

3    surgery for uterine cancer will be scheduled within the next 90

     days. Ms. Davidson suffers from symptoms including pain and

4    discomfort, making it impossible for Ms. Davidson to sit for any

5    length of time, walk more than short distances, travel, or focus

6    on her case.   These conditions impede counsel's trial

7    preparation, attorney-client conferences and advisements.   For

8    these reasons counsel seeks a continuance of the current trial

9    date.   The parties have agreed to continue the trial to March

     10, 2015.

10
          For purpose of computing time under the Speedy Trial Act,

11   18 U.S.C. §3161, *et seq.*, within which trial must commence, the

12   time period of January 13, 2015 through March 10, 2015,

13   inclusive, is deemed excludable because it results from a

14   continuance granted by the Court at defendant's request on the

15   basis of the Court's finding that the ends of justice served by

16   taking such action outweigh the best interest of the public and

17   the defendant in a speedy trial.

              So stipulated.
18
     Dated:  November 18, 2014          __/s/ Carolyn D. Phillips_____
19                                      CAROLYN D. PHILLIPS
                                        Attorney for Shirley Davidson
20

21

     Dated: November 18, 2014          /s/ James Homola_____
22                                     JAMES HOMOLA

23

Attorney for James Davidson

Dated:  November 18, 2014

BENJAMIN B. WAGNER
United States Attorney

By:      /s/Grant B. Rabenn
GRANT B. RABENN
Attorneys for the United States.

## ORDER

IT IS ORDERED, that the trial date in the above-entitled matter currently set to begin

January 13, 2015, shall be continued to March 10, 2015. The Trial Confirmation and

Motions in Limine Hearing currently set for December 22, 2014, shall be continued to

February 23, 2015.

IT IS SO ORDERED.

Dated:   November 19, 2014

_____
SENIOR  DISTRICT  JUDGE

3