IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHIRLEY KAY DAVIDSON,<br><br>Defendant. | CASE NO.  1:12-CR-00168-LJO-BAM-1<br><br>ORDER OF DISMISSAL AS TO DEFENDANT SHIRLEY KAY DAVIDSON |

Based on the government's motion filed on December 16, 2013, and for good cause shown, IT IS HEREBY ORDERED THAT the charges in the indictment against defendant Shirley Kay Davidson are dismissed, and all remaining charges against co-defendant James Giulio Davidson shall remain in effect.

IT IS SO ORDERED.

Dated:   December 17, 2014                       _____
                                                                                   SENIOR DISTRICT JUDGE

1